UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS UNDERWOOD,

    Plaintiff,

  v.

CLARK COUNTY BOARD OF COMMISSIONERS *et al.*,

    Defendants.

Case No. C07-5217RJB

ORDER TO FILE A RESPONSE AND RE-NOTING PLAINTIFF'S MOTION

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion for an order to show cause why defendant Batties should not be ordered to provide the full names and "serviceable addresses" for five people, Sgt. Pilakowski, and Custody Officers Gentry, Marsh, Addie, and Clusky (Dkt. # 5). Defendants have not responded to this motion. The court notes that the order to serve was not entered until May 15, 2007 and counsel did not appear on behalf of the defendants until May 30, 2007 (Dkt. # 6 and 7).

Defendants are ORDERED to respond to the motion on or before June 29, 2007. Plaintiff may file a reply on or before July 6, 2007. Plaintiff's motion for an order to show cause why preliminary injunction should not be entered will be considered at that time.

The Clerk is directed to send plaintiff and counsel for defendants a copy of this Order and to re-note the motion (Dkt. # 5) for July 6, 2007.

DATED this 5 day of June, 2007.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER
Page - 1