UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS BURTON UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY BOARD OF COMMISSIONERS *et al.*,<br><br>Defendants. | Case No.  C07-5217RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for an injunction ordering disclosure of addresses is **DENIED.** Counsel for the County has indicated the address other defendants were served at is sufficient.

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 30th day of July, 2007.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1